820 A.2d 700

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Ernest SMALIS and the E. Smalis Painting Company, Respondents.**

Supreme Court of Pennsylvania.

April 1, 2003.

Reconsideration and Reargument Denied June 11, 2003.

## ORDER

PER CURIAM.

**AND NOW,** this 1st day of April, 2003, the Commonwealth's petition is **GRANTED.** Upon review of the record, we conclude there was no violation of *Commonwealth v. Persinger,* 532 Pa. 317, 615 A.2d 1305 (1992). Accordingly, the order of

the Commonwealth Court is reversed, and the judgment of sentence is reinstated.